**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1994

MARK A. WARD,

Plaintiff - Appellant,

versus

PETER E. MALONEY, Plan Administrator, LIN
Television Corporation,

Defendant - Appellee.

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham. William L. Osteen, District
Judge. (CA-05-424)

Submitted: February 28, 2006      Decided: March 22, 2006

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mark A. Ward, Appellant Pro Se. William McCardell Furr, WILLCOX &
SAVAGE, Norfolk, Virginia; Robert K. Taylor, PARTRIDGE, SNOW &
HAHN, L.L.P., Providence, Rhode Island, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mark A. Ward appeals the district court's order granting summary judgment to Peter E. Maloney, administrator of the LIN Broadcasting Corporation Retirement Plan, whom Ward claimed failed to produce documents pursuant to the Employee Retirement Income Security Act, 29 U.S.C. § 1024(b)(4) (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Ward v. Maloney, 386 F. Supp. 2d 607 (M.D.N.C. 2005) (No. CA-05-424). We also deny Ward's motion for preparation of a transcript at the government's expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED